IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA DUDLEY, *et al.*, | : | |
| Plaintiffs | : | |
| | : | No. 1:19-cv-1546 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN BRIAN S. CLARK, *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 15th day of October 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. John Williams and Freddie Sinkler are **DISMISSED** from this action; and the Clerk of Court is directed to terminate them as Plaintiffs;

2. Plaintiff Joshua Dudley's motions for leave to proceed *in forma pauperis* (Doc. Nos. 2, 6) are **GRANTED**;

3. Plaintiff Dudley shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed *in forma pauperis*. The full filing fee shall be paid regardless of the outcome of the litigation;

4. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Plaintiff Dudley's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    a. The average monthly deposits in the inmate's prison account for the past six months, or

    b. The average monthly balance in the inmate's prison account for the past six months.

The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number;

5. The Clerk of Court is directed to forward a copy of this Order to the Superintendent/Warden of the institution where Plaintiff Dudley is presently confined;

6. The complaint (Doc. No. 1) is **DEEMED FILED**;

7. The complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

8. Plaintiff may file an amended complaint with respect to his claim concerning an "unhealthy and inhumane" environment within thirty (30) days of the date of this Order. Plaintiff may not amend with respect to his claim concerning the absence of ladders at DCP;

9. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

10. If Plaintiff fails to file an amended complaint within thirty (30) days of the date of this Order, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge